UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80353-CV-MIDDLEBROOKS

CHRISTOPHER SHARP,

      Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS, INC.,
AMERICAN STUDENT LIST, INC., and
NATIONAL FARMERS UNION LIFE
INSURANCE COMPANY,

      Defendants.

_____/

**ORDER TERMINATING DEFENDANT**

THIS CAUSE comes before the Court upon Plaintiff, Christopher Sharp, and Defendant National Farmers Union Life Insurance Company's Joint Stipulation of Voluntary Dismissal, filed May 25, 2024. (DE 16). The Notice bears the electronic signature of counsel for all Parties who have appeared in this matter. The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss the claims.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Plaintiff's claims against Defendant National Farmers Union Life Insurance Company are **DISMISSED WITHOUT PREJUDICE**.

2

(2) The Clerk of Court shall **TERMINATE** National Farmers Union Life Insurance Company as a Party in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 31st day of May, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record