UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-80353-CV-MIDDLEBROOKS

CHRISTOPHER SHARP,

    Plaintiff,

v.

LEXISNEXIS Risk Solutions, Inc., et al.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court following the Court's October 29, 2024 Order requiring Plaintiff to file a Status Report. (DE 18). In that Order, I noted that there had been no docket activity in this matter since May of 2024, and I directed Plaintiff to file its Report by November 1, 2024, addressing (1) what recent progress had been made in the litigation of this matter, (2) why Plaintiff had not filed proof of service of process as to Defendant American Student List, Inc., and (3) whether mediation had occurred prior to the mediation deadline. *Id.* Moreover, I warned Plaintiff that failure to timely respond to my Order may result in dismissal for failure to prosecute and/or failure to comply with court orders. *Id.* To date, Plaintiff has not filed the Status Report nor sought an extension of time to do so.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke

this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7th day of November, 2024.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record